IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DONALD JAMES REEDY,**　　　　　　　　　　6:15-CV-01613-AC

　　　　**Plaintiff,**　　　　　　　　　　ORDER

v.

**CLOOS, PAWN, WEBBER, GRASLEY,
and JACKSON,**

　　　　**Defendants.**

**BROWN, Judge.**

　　Magistrate Judge John Acosta issued Findings and Recommendation (F&R) (#35) on April 18, 2016, in which he recommends this Court grant the Motion (#21) to Dismiss of Defendants Beth Cloos, Jennifer Pawn,[1] and Michelle Bleth-Weber. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

---

[1] In the F&R references Jennifer "Pond" is referenced as a defendant. In his Complaint, however, Plaintiff asserts a claim against Defendant "Pawn." The Court, therefore, refers to this Defendant as "Pawn."

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#35).  Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss (#21) and **DISMISSES** the claims asserted by Plaintiff against Defendants Cloos, Pawn, and Bleth-Weber.

IT IS SO ORDERED.

DATED this 8th day of June, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER